PEOPLE V ARCAUTE, No. 151676; Court of Appeals No. 319667.

PEOPLE V HOCKING-SULLIVAN, No. 151685; Court of Appeals No. 315381.

PEOPLE V MAGEE, No. 151699; Court of Appeals No. 326174.

FEDERAL HOME LOAN MORTGAGE CORPORATION V MEDLEY, No. 151747; Court of Appeals No. 325664.

PEOPLE V BEELER, No. 151758; Court of Appeals No. 326736.

PEOPLE V CAIN, No. 151774; Court of Appeals No. 313303.

PEOPLE V VARNER, No. 151873; Court of Appeals No. 326974.

CONSUMERS ENERGY COMPANY V LENTZ, No. 151944; Court of Appeals No. 325705.

GRIEVANCE ADMINISTRATOR V SMITH, No. 151966.

GRIEVANCE ADMINISTRATOR V GORETA, No. 151972.

PEOPLE V RODNEY MCKEE, No. 152072; Court of Appeals No. 327286.

*Reconsideration Denied September 29, 2015:*

SNOW COUNTRY CONTRACTING, INC V IRONWOOD TOWNSHIP BOARD OF ZONING APPEALS, No. 149438; Court of Appeals No. 318671. Leave to appeal denied at 497 Mich 951.

SCOTT V CHRISTENSEN, No. 149721; Court of Appeals No. 312349. Leave to appeal denied at 497 Mich 953.

RUONAVAARA V DEPARTMENT OF COMMUNITY HEALTH, No. 149904; Court of Appeals No. 320897. Leave to appeal denied at 497 Mich 971.

PEOPLE V SENCER HOLLOWAY, No. 149956; Court of Appeals No. 319539. Leave to appeal denied at 497 Mich 1026.

PEOPLE V ANDRE DAVIS, No. 150109; Court of Appeals No. 322356. Leave to appeal denied at 497 Mich 1026.

PEOPLE V KYLE CLARK, No. 150202; Court of Appeals No. 313121. Summary disposition at 498 Mich 858.

KEYWORTH V STATE OF MICHIGAN, No. 150214; Court of Appeals No. 314861. Leave to appeal denied at 498 Mich 864.

MODZELEWSKI-SHEKOSKI V BINDIG, No. 150215; Court of Appeals No. 314830. Leave to appeal denied at 498 Mich 851.

WALSH V KRAFT FOODS GLOBAL, INC, No. 150360; Court of Appeals No. 312611. Leave to appeal denied at 497 Mich 1012.